IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                                              CRIMINAL 13-0790CCC

EDWIN DE LEON-ITHIER
Defendant

**ORDER**

Having considered the Report and Recommendation filed on October 31, 2013 (**docket entry 7**) on a Rule 11 proceeding of defendant Edwin de León-Ithier before U.S. Magistrate Judge Marcos E. López on October 31, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 31, 2013. The **sentencing hearing is set for February 20, 2014 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 10, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge